

**Phone:** (718) 971-9474| **Fax:** (718) 865-0943| **Email:** Jshalom@JonathanShalomLaw.com
**Office:** 124-04 Metropolitan Avenue Kew Gardens, New York 11415

April 25, 2019

**VIA ECF**
Honorable Judge Mann
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Nixon v. Vivienne Hu, LLC; No; 1:18-cv-05915-ARR-RLM

Dear Honorable Judge Mann,

The undersigned writes this letter motion as a follow-up and supplement to the Plaintiff's Order to Show Cause motion filed today. Defense counsel has initiated settlement discussions with Plaintiff's counsel shortly after Plaintiff's Order to Show Cause motion was filed earlier today. The parties are pleased to report to Your Honor that they have reached a settlement in principle. Counsel for the parties now intend to turn their attention to preparing a written agreement to memorialize their settlement and a Stipulation of Dismissal for submission to the Court.

Due to the parties' agreement in principle to settlement, Plaintiff respectfully requests to stay all proceedings in this matter. The parties also request the additional time of 120 days that suits both parties so that the parties have time to execute the settlement agreement and full payment to be made to Plaintiff within 90 days prior to Plaintiff filing a Stipulation of Dismissal.

We thank the Court for its consideration of this request.

Thank you.

Respectfully submitted,

/s/ *Jonathan Shalom*
Jonathan Shalom, Esq.