UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Donald Nixon, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

Vivienne Hu, LLC.,
                Defendant.

Case No. **1:18-cv-05915-ARR-RLM**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against the Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Queens, New York
             July 9, 2019

Respectfully submitted,

By: /s/Jonathan Shalom
Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
Phone: (718) 971-9474
Email: Jshalom@JonathanShalomLaw.com
*Attorneys for Plaintiff*

So ordered.   /s/(ARR)   USDJ